# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

CHRISTOPHER POSADAS,                         Case No. 20-CV-2209 (NEB/KMM)

                 Plaintiff,

v.

                                             ORDER OF DISMISSAL

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

                 Defendant.

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on April 2, 2021 (ECF No. 16), IT IS HEREBY ORDERED that this action is DISMISSED in its entirety, on the merits, and WITH PREJUDICE. Each party shall bear their own costs and attorneys' fees.

Dated: April 6, 2021                    BY THE COURT:

                                        s/Nancy E. Brasel
                                        Nancy E. Brasel
                                        United States District Judge